Eduardo J. Glas, Esquire (# EG7027)
McCARTER & ENGLISH, LLP
245 Park Avenue
27th Floor
New York, New York  10167
(212) 609-6800 - Telephone
(212) 609-6921 - Facsimile
Attorneys for Automodular Corporation f/k/a
Automodular Assemblies Inc., Tec-Mar Distribution Services, Inc.,
and Automodular Assemblies (Ohio) Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  | : | Chapter 11 |
|  | : |  |
| In re: | : | Case Nos. 05-44481 (RDD) |
|  | : | (Jointly Administered) |
| DELPHI CORPORATION | : |  |
| INC., et al. | : |  |
|  | : |  |
|  | : |  |
| Debtors. | : |  |
|  | : |  |

# NOTICE OF APPEAL

Notice is hereby given that Automodular Corporation f/k/a Automodular Assemblies Inc., Tec-Mar Distribution Services, Inc., and Automodular Assemblies (Ohio) Inc. (collectively "Automodular"), hereby appeals under 28 U.S.C. §158(a), to the United States District Court for the Southern District of New York, from the Order Denying the Motion Of Automodular Assemblies Inc., Tec-Mar Distribution Services, Inc., And Automodular Assemblies (Ohio) Inc. (collectively, "Automodular") To Compel Assumption Or Rejection Of Executory Contracts And Allow And Direct Payment Of Administrative Expense Claim [Docket No. 12932] entered by the United States Bankruptcy Court for the Southern District of New York on March 3, 2008. The names of all parties to the order appealed from and their counsel are as follows:

v.

John William Butler, Jr., Esq
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive Suite 2100
Chicago, IL 60606
*Counsel for the Debtors*

        /s/ Eduardo J. Glas
        Eduardo J. Glas, Esquire (# EG7027)
        McCARTER & ENGLISH, LLP
        245 Park Avenue
        27th Floor
        New York, New York 10167
        (212) 609-6800 - Telephone
        (212) 609-6921 - Facsimile

        and

        Katharine L. Mayer, Esquire
        McCarter & English, LLP
        Renaissance Centre
        405 N. King Street, 8th Floor
        Wilmington, DE 19899
        (302) 984-6300

        Attorneys for Automodular Corporation f/k/a
        Automodular Assemblies Inc., Tec-Mar Distribution
        Services, Inc., and Automodular Assemblies (Ohio) Inc.

DATED: March 12, 2008

v.

## CERTIFICATION OF SERVICE

I, Daniel Seaman, certify that on March 12, 2008, I caused the service of the Notice of Appeal to be sent to John William Butler, Jr., Esq via email as well as via regular mail.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

 /s/ Daniel Seaman
DANIEL SEAMAN

Dated: March 12, 2008

v.