SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
                          :
    In re                        :    Chapter 11
                          :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                          :
              Debtors.    :    (Jointly Administered)
                          :
---------------------------------- x

APPELLEES' DESIGNATION OF ADDITIONAL
ITEMS TO BE INCLUDED IN RECORD ON APPEAL

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases and appellees in this appeal (collectively, the "Debtors" or "Appellees"), hereby submit this designation of additional items to be included in the record on appeal (the "Supplemental Designation of Record") in connection with the Notice of Appeal filed by Automodular Assemblies Inc., Tec-Mar Distribution Services, Inc. And Automodular Assemblies (Ohio) Inc. (collectively, "Automodular" or "Appellant") in the above-captioned cases on March 12, 2008 (Docket No. 13099), and Appellant's designation of items to be included in the record on appeal and statement of issues to be presented, filed on March 24, 2008 (Docket No. 13201).

I.  Designation Of Record

The following additional items are to be included in the record on appeal:

| Designation Number | Date | Docket Number | Bates Range | Description |
|---|---|---|---|---|
| D-1 | 11/28/2007 | Undocketed – Exhibit 6 | N/A | Affidavit of Christopher Dell and exhibits |
| D-2 | 2/14/2008 | Undocketed – Exhibit 8 | N/A | Declaration of Michael Bauman and exhibits |
| D-3 | 2/14/2008 | Undocketed - Exhibit 9 | N/A | Declaration of Greg Conley and exhibits |
| D-4 | 8/21/2000 | Undocketed – Exhibit 17 | AUTO 548 – 550 | Letter from J. Gazo to R. Marconi |
| D-5 | 10/19/2000 | Undocketed – Exhibit 19 | AUTO 514 | Letter from R. Marconi to J. Gazo |
| D-6 | 9/13/2005 | Undocketed – Exhibit 22 | AUTO 317 – 324 | E-mail from W. Vandermeer to E. Williams, C. Dell, and others |
| D-7 | 6/12/2006 | Undocketed – Exhibit 23 | AUTO 452 – 458 | Letter from C. Dell to D. McLean |
| D-8 | various | Undocketed – Exhibit 25 | DPH 382 – 402 | Design Record Change Notices |

| D-9 | 10/2/2007 | Undocketed – Exhibit 28 | DPH 208 – 211 | E-mail from J. Anthony to D. McLean, and others, with attachments |
| D-10 | 2/14/2008 | Undocketed – Exhibit 31 | DPH 487 – 488 | E-mail from S. Mazzota to G. Conley |
| D-11 | 2/19/2008 | Undocketed – Exhibit 32 | DPH 489 - 491 | Charts of part number shipped to DAS LLC by Automodular |
| D-12 | 2/12/2008 | Undocketed – Exhibit 33 | N/A | Transcript of deposition of Chris Dell with exhibits |
| D-13 | 11/9/2007 | Undocketed – Exhibit 49 | DPH 65 – 67 | E-mail string between J. Anthony and G. Conley |
| D-14 | 2/22/2007 | Undocketed – Exhibit 74 | AUTO 343 – 346 | Letter from C. Hyde to D. McLean |
| D-15 | 5/22/2007 | Undocketed – Exhibit 75 | AUTO 246 – 248 | E-mail from C. Hyde to D. McLean |
| D-16 | 7/16/2007 | Undocketed – Exhibit 77 | AUTO 251 - 252 | Letter from J. Anthony to D. McLean |

II.     Concurrent Unopposed Application To Seal Record

The declarations, deposition transcripts, exhibits, and other documents designated by both parties to this appeal contain specific and highly sensitive business terms and price information. If publicly disclosed, the release of this information would detrimentally affect the ability of the Debtors, Automodular, and General Motors Corporation ("GM") (for which the work at issue in the Automodular-DAS LLC contracts is being performed) to negotiate the terms and pricing of future agreements. Moreover, given the extremely competitive nature of the automotive industry, the disclosure of the confidential pricing information contained in the designated record items would place the Debtors, Automodular, and GM at a disadvantage vis-à-vis their respective business competitors.

Accordingly, and for the reasons stated therein and in this designation, the Debtors are filing concurrently with this Supplemental Designation of Record an Unopposed Application Under 11 U.S.C. § 107(b) And Fed. R. Bankr. P. 9018 For Order Authorizing The

Parties To File Under Seal Materials Designated For Inclusion In Record On Appeal From Bankruptcy Court's Denial Of Automodular's Motion To Compel Assumption Or Rejection Of Executory Contracts And Allow And Direct Payment Of Administrative Expense Claim.

Dated:   New York, New York
         April 3, 2008

       SKADDEN, ARPS, SLATE, MEAGHER
         & FLOM LLP

       By:   /s/ Ron E. Meisler
         John Wm. Butler, Jr. (JB 4711)
         Albert L. Hogan, III (AH 8807)
         John K. Lyons (JL 9331)
         Ron E. Meisler (RM 3026)
       333 West Wacker Drive, Suite 2100
       Chicago, Illinois 60606
       (312) 407-0700

        - and -

       By:   /s/ Kayalyn Marafioti
         Kayalyn Marafioti (KM 9632)
         Thomas J. Matz (TM 5986)
       Four Times Square
       New York, New York 10036
       (212) 735-3000

       Attorneys for Delphi Corporation, et al.,
         Debtors and Debtors-in-Possession and
         Appellees