

**ATTORNEYS AT LAW**

May 2, 2008

VIA FAX

The Honorable Judge Victor Marrero
U.S. District Court for the Southern District of New York
Suite 660
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Automodular Corporation v. Delphi Corporation*
    C.A. No.: 08-cv-03752-VM
    Our File No.: 94401-00002

Dear Judge Marrero:

We represent the Automodular Corporation, the appellant in the above referenced matter involving an appeal from the Bankruptcy Court in the Delphi bankruptcy case. We write to request a <u>one</u> business day extension to file the appellant's moving brief. Under the current schedule, the appellant is required to file its opening brief by May 9, 2008. We seek leave to file by May 12, 2008. We have sought the consent of the Debtor-Appellee, but it has not agreed to the one business day extension.

Debtor-Appellee refused to consent to the extension because it believes the appellant has had sufficient time to prepare the brief between the filing of the Notice of Appeal and the current May 9, 2008. Appellant's preparation has been limited by the maternity leave of one of the counsel involved in the case. In any event, a one day extension to accommodate counsel's schedule will not prejudice the Debtor-Appellee in any way and is routinely agreed to as a professional courtesy. Thus, we respectfully request that the extension be granted, permitting the appellant to file its brief by May 12.

Eduardo J. Glas
Partner
T. 212.609.6844
F. 212.416.5158
eglas@mccarter.com

McCarter & English, LLP
245 Park Avenue
27th Floor
New York, NY 10167
T. 212.609.6800
F. 212.609.6921
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08

ME1 7332889v.1

The Honorable Judge Victor Marrero
May 2, 2008
Page 2



This request is timely filed as it comes more than two (2) days before Appellants opening brief is due to be filed. This is the first request for an extension in this matter, and will not impact any dates other than the Debtor-Appellee's date to file an answering brief in this matter. Of course, we would consent to the Debtor-Appelle's extension of its time to answer Automodular's brief should the Debtor so require.

Respectfully Submitted,

Eduardo J. Glas

DMS/jc

cc: John Wm. Butler, Counsel for Debtor-Appellee (via fax)
Sarah J. Platt, Counsel for Debtor-Appellee (via fax)

---

Request GRANTED. The briefing schedule with regard to the _bankruptcy appeal_ herein is extended as set forth herein: _appeal_ papers submitted by _5-12-08_; response _as scheduled but may be extended by one day on notice to the Court and appellant._

SO ORDERED.

5-5-08
DATE

VICTOR MARRERO, U.S.D.J.

ME1 7332889v.1