UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> DELPHI CORPORATION INC., et al. <br><br> Debtors. | Chapter 11 <br><br> Case Nos. 05-44481 (RDD) <br> (Jointly Administered) |
| AUTOMODULAR CORPORATION, et al., <br><br> Appellants, <br><br> v. <br><br> DELPHI CORPORATION INC., et al., <br><br> Appellees. | Chapter 11 <br><br> Case No. 08-3752 |

## CERTIFICATE OF SERVICE

I, Eduardo J. Glas, do hereby certify that a true and correct copy of the **Brief of Appellant Automodular Corporation F/K/A Automodular Assemblies, Inc., tec-Mar Distribution Services, Inc. and Automodular Assemblies (Ohio), Inc. in Support of Appeal to Reverse Order Entered by Bankruptcy Court** was served via overnight delivery to the following:

John W. Butler, Jr., Esq.
Sarah J. Platt, Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive, Suite 2100
Chicago, IL  60606

MCCARTER & ENGLISH, LLP

/s/ Eduardo J. Glas
Eduardo J. Glas, Esquire (# EG7027)
245 Park Avenue
27th Floor
New York, New York  10167
(212) 609-6800 - Telephone
(212) 609-6921 - Facsimile