SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-15-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                      :
In re:                                :    Case No. 08-cv-3752-VM
                                      :
DELPHI CORPORATION, et al.,           :
                                      :    **NOTICE OF MOTION TO ADMIT**
                                      :    **COUNSEL *PRO HAC VICE***
                Debtors.              :
                                      :
------------------------------------- x

      Please take notice that, upon the Declaration of Francis Neil MacDonald, dated

May 8, 2008, and the exhibits attached thereto, and the Declaration of Jeremy A. Berman, dated

May 12, 2008, Delphi Corporation and other Debtors (Appellees), by and through their undersigned counsel will move this Court, as soon as counsel may be heard, for an Order pursuant to Local Civil Rule 1.3(c) of this Court admitting Francis Neil MacDonald, *pro hac vice* in connection with the above-captioned action, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York  
       May 12, 2008

SKADDEN, ARPS, SLATE,  
MEAGHER & FLOM LLP

By: _____  
Jeremy A. Berman  
Four Times Square  
New York, New York 10036  
(212) 735-3000 (telephone)  
(212) 735-2000 (facsimile)  
Attorneys for Appellees Delphi  
  Corporation, et al.,  
Debtors and Debtors-in-Possession

> Request GRANTED. Attorney Francis Neil MacDonald is admitted pro hac vice to practice before this court as counsel to Appellees in this matter.
>
> SO ORDERED:  
> 5-15-08  
> DATE    VICTOR MARRERO, U.S.D.J.