```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-22-08
```

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

AUTOMODULAR CORPORATION
A/K/A AUTOMODULAR ASSEMBLIES INC.,

                Plaintiff/Appellant,

- against -

DELPHI CORPORATION, et al.,

                Defendant/Appellee.

08 CV 03752 (VM)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Kayalyn A. Marafioti, attorney for Delphi Corporation, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:    Albert L. Hogan, III
    Firm Name:    Skadden, Arps, Slate, Meagher and Flom LLP
    Address:    333 West Wacker Drive
    City/State/Zip:    Chicago, Illinois 60606
    Telephone/Fax:    312-407-0700
                          312-407-0411
    Email Address:    Al.Hogan@skadden.com

is admitted to practice pro hac vice as counsel for Delphi Corporation in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:   New York, New York
          May 22, 2008

                                              United States District Judge
                                              Victor Marrero

## CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on May 16, 2008, I caused a true copy of the

- *Motion to Admit Counsel Pro Hac Vice* with the annexed *Affidavit of Kayalyn A. Marafioti in Support of Motion To Admit Counsel Pro Hac Vice* sworn to on the 14th day of May 2008 and **Order For Admission Pro Hac Vice on Written Motion**

to be served upon the following party as indicated:

By Hand Delivery

Eduardo Jorge Glas
McCarter & English, LLP
245 Park Avenue
27th Floor
New York, NY 10167

Dated: New York, New York
       May 16, 2008

*Steven Ray Katzenstein*
Steven Ray Katzenstein