SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60606-1285

TEL: (312) 407-0700
FAX: (312) 407-0411
www.skadden.com

FIRM/AFFILIATE OFFICES
BOSTON
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

June 2, 2008

VIA FACSIMILE
Honorable Victor Marrero
U.S. District Court for the Southern
District of New York
Suite 660 United States Courthouse
500 Pearl Street
New York, New York

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-5-08

    RE:    Automodular Corporation v. Delphi Corporation, Case No. 08-cv-037520-VM

Dear Judge Marrero:

        On May 27, 2008, Delphi Corporation and certain of its subsidiaries and affiliates (the "Debtors"), appellees in the above-referenced appeal from the Bankruptcy Court, electronically filed its brief in this matter. The ECF system automatically included in the docket entry a date by which appellant's reply brief must be filed. The Debtors were unable to change the date generated by the ECF system.

        Bankruptcy Rule 8009 indicates that an appellant may file a reply brief within 10 days after service the brief of the appellee. Bankruptcy Rule 9006 indicates that periods of eight days or more are calculated by counting calendar days, not business days. Pursuant to the Southern District of New York's Procedures for Electronic Case Filing, procedure number 9, "transmission of the Clerk's Notice of Electronic Filing of a document shall constitute service of such document upon any Filing User in that case." Because counsel for the appellant are registered users of the ECF system (having filed pleadings electronically in this case), service was effectuated on May 27, 2008 (in addition, the filing was emailed to counsel for the

Honorable Victor Marrero
June 2, 2008
Page 2

appellant on May 27, 2008 and also sent by overnight mail). The deadline for appellant to file its reply, pursuant to the Bankruptcy Rules, should therefore be June 6, 2008. Counsel for Automodular has agreed with this briefing schedule.

The ECF system indicated that the filing deadline would be June 13, 2008. The Debtors request that this date be corrected on the docket to accurately reflect that the appellant's reply brief must be filed by June 6, 2008.

Respectfully yours,

/s/ Albert L. Hogan, III/sjp

Albert L. Hogan, III

cc:   Eduardo Glas (via email)
      Katharine Mayer (via email)

> Request GRANTED. The Clerk of Court is directed to correct the docket in this case to reflect that appellant's reply brief shall be filed by 6-6-08.
>
> SO ORDERED:
>
> 6-4-08
> DATE          VICTOR MARRERO, U.S.D.J.